United States District Court
for The
District of Massachusetts

---

Nazzaro R. Scarpa, pro-se | 
    Plaintiff. | Docket number _____
 |
V. |
Rogue Fitness, |
Target, |
Titan Fitness, |
Iron Master, |
PRx Performance, |
Bear Komplex, |
Aviron,   et al |
    Defendants. |

---

## Patent Infringement Civil Action

1. **Preliminary Statement:**
   Now comes the plaintiff Nazzaro R. Scarpa in a pro-se capacity who brings this case against the above named defendants in their official and individual capacity for infringement of plaintiff's U.S. patent for Rolling Dumbbells in violation of 28 U.S.C. § 1400 (a) and (b)

2. **Jurisdiction and Venue:** This 1st Circuit Court has Jurisdiction over the Subject matter persuant to 28 U.S.C. § 1400 (a) and (b)

## Parties:

3. **Plaintiff:** Nazzaro R. Scarpa who's mailing address is at 408 Saratoga St. E. Boston, Ma. 02128

4. **Defendants:** Rogue Fitness, owned by Bill Henniger at 545 E 5th ave. Columbus Ohio. 43201

5. Target, CEO Brian Cornell at 1000 Nicollet Mall Minneapolis, Mn. 55403

6. Titan Fitness, CEO Austin Speck at 3839 Forest Hill Irene Rd. Memphis, Tn. 38128

7. IronMaster, Matt Dawson at 1456. 2167th ave. Monrow, Wa. 98272

8. PRx Performance, CEO Brian Brasch at 4171. 24th ave. N. Fargo, Nd. 58102

9. Bear Komplex, owned by Nate Richie at 1000 East Summit St. Crown Point, In. 46307

10. Aviron, at 265 Bartley dr. North York, ONM4A2N7, Canada

PG. 2

## Statement of Facts

11. Plaintiff is the sole owner of Rolling Dumbbells Patent number US 10,335,628 B1, issued on 7/20/2019 (see exhibit __A__)

12. The Concept and design of Rolling Dumbbells is to combine the dumbbell and ab wheel as one, this allows individuals to do push-ups on them, flys on the floor on them, use them as the ab wheel allowing free motion on them, allowing free motion in any direction or, use them as dumbbells.

13. Loadable dumbbells takes the key design and elements of a full size ohio bar and condences it into a (versatile) dumbbell, utilizing a bearing, a bearing cylinder that, allows loadable dumbbell weight plates to roll freely around it's handle.

14. Loadable dumbbells are, Rolling Dumbells. and designed to be used to, do the same as mentioned in paragraph __12__ of this civil action

15. The actions of defendants did cause the plaintiff to suffer both monitary and emotional pain as the potential sale of plaintiffs patent was, abruptly canceled causing plaintiff to lose any hope of a ten million dollor sale.

## Claims:

16. The function, design and concept of Loadable dumbbells as stated on paragraph 12 and 13 of this complaint violates plaintiff's patent.

17. The handle of defendants Loadable dumbbells which allow weight plates to roll freely in any direction violates plaintiffs patent.

18. The bearings and cylinder allowing loadable dumbbells weight plates to roll freely in any direction violates plaintiffs patent.

19. Re-naming Rolling dumbbells as loadable dumbbells to cercomvent what they realy are "Rolling Dumbbells" violated the patent laws and plaintiffs patent. 28 USC § 1400.

20. The actions of defendants as stated in this Civil complaint did cause plaintiff to suffer monitary and emotional pain as the potential sale of plaintiffs patent was abruptly canceled causing plaintiff to lose any hope of a ten million dollar sale.

Because of the facts Plaintiff Prays:

a, This Court find Defendants did and are violating plaintiffs US patent causing plaintiff to suffer monitary and emotional pain

b,  Plaintiff be awarded judgement against all defendants in the amount of one Billion dollars in punitive and compansatory damages.

c,  Summary Judgement be granted in favor of plaintiff according to Rule 56 of the federal rules of Civil Procedure.

d,  Plaintiff be allowed to proceed in Forma Pauperis (see: plaintiffs Affidavit) attached

e,  All Fees for filing and Service be waived.

f.  This court order the U.S. Marshal Service to make service of this civil action upon all defendants.

G.  A Jury trial.

h,  A hearing date.

i,  Any other relief this Court deems Just.

Dated: 2/12/26

By: _Nazzaro R. Scarpa_
Nazzaro R. Scarpa, pro-se
408 Saratoga St.
East Boston, Ma. 02128